THOMAS E. FRANKOVICH (State Bar No. 074414)
KRISTINA M. WERTZ (State Bar No. 235441)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
NICOLE MOSS
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

\*E-FILED ON 9/12/05\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>TAQUERIA CANCUN; GEE TEE O L.L.C., a limited liability company,<br><br>    Defendant. | CASE NO. C05-0738 HRL<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT GEE TEE O, LLC, TO RESPOND TO COMPLAINT<br><br>AND ORDER |

Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, through their undersigned counsel, and *Pro per* defendant GEE TEE O L.L.C., stipulate as follows:

    1.    Defendant GEE TEE O L.L.C.,is granted an extension of time to and including September 26, 2005 to answer or otherwise respond to plaintiffs' complaint.

    2.    In the event defendant GEE TEE O L.L.C. files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

STIPULATION EXTENDING TIME FOR DEFENDANT GEE TEE O, LLC, TO RESPOND TO COMPLAINT     1

1      3.    Defendant will comply with any and all due dates dictated by the Federal Rules of
2 Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior
3 to the date on which defendant's responsive pleading is due hereunder.
4     This Stipulation may be executed in faxed counterparts, all of which together shall
5 constitute one original document.

7     IT IS SO STIPULATED.

9 DATED: September 9, 2005  THOMAS E. FRANKOVICH,
                             *A PROFESSIONAL LAW CORPORATION*

11                              By: _____/s/_____
12                                   Kristina M. Wertz
                             Attorneys for Plaintiffs NICOLE MOSS and
13                              DISABILITY RIGHTSENFORCEMENT,
                             EDUCATION SERVICES:HELPING YOU
                             HELP OTHERS

15 DATED: August 26, 2005     PRO PER

17                              By: _____/s/_____
                             Juan Vega
18                              Agent for Defendant GEE TEE O L.L.C

20                              **ORDER**

21     Defendant GEE TEE O L.L.C. is hereby granted an extension of time to and including
22 September 26, 2005 to answer or otherwise respond to plaintiffs' complaint. **The case
23 management conference is continued to October 18, 2005, 1:30 p.m. in Courtroom 2.  The
parties' joint case management statement is due by October 11, 2005.  All parties who have
24 not yet done so shall file either a consent to or declination of U.S. magistrate judge jurisdiction**
DATED: _____September 12_, 2005  **by October 11, 2005.  IT IS SO ORDERED.**
25                              By: _/s/ Howard R. Lloyd_____
                             Hon. Mag. Judge Howard R. Lloyd
26                              UNITED STATES DISTRICT COURT