*E-FILED ON 12/13/05*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES:HELPING YOU HELP OTHERS,<br><br>    Plaintiff,<br><br>v.<br><br>TACQUERIA CANCUN and GEE TEE O L.L.C.,<br><br>    Defendants.<br>_____/ | No. C05-00738 HRL<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

On December 12, 2005, plaintiffs requested leave to appear by telephone at the case management conference set for December 13, 2005.  Having reviewed the request, and no good cause appearing, IT IS ORDERED THAT the request for telephonic appearance is DENIED.

Dated:  December 13, 2005

                                             /s/ Howard R. Lloyd
                                             HOWARD R. LLOYD
                                             UNITED STATES MAGISTRATE JUDGE

**5:05-cv-738 Notice will be electronically mailed to:**

Julia Marie Adams jadams@disabilitieslaw.com

Jessica Dayton jdayton@disabilitieslaw.com

Thomas E. Frankovich tfrankovich@disabilitieslaw.com

Kristina M. Wertz kwertz@disabilitieslaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.