THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900

*E-FILED ON 2/9/06*

Attorneys for Plaintiffs
NICOLE MOSS
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TAQUERIA CANCUN; GEE TEE O L.L.C., a limited liability company,<br><br>　　　　Defendant. | **CASE NO. C05-0738 HRL**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, through their undersigned counsel, and *Pro per* defendant GEE TEE O L.L.C., stipulate as follows:

　　　　1.　　A Further Case Management Conference is on calendar for Tuesday, February 14, 2006, at 1:30 p.m.;

　　　　2.　　Defendant GEE TEE O, L.L.C., is continuing in pro per, for financial reasons;

　　　　3.　　The parties continue to work toward an informal resolution of this matter; and

1      4.    The parties do not wish to burden the Court, nor incur any additional cost and fees, when a resolution of this matter may be imminent.

THEREFORE, the parties stipulate, and respectfully request, that the Further Case Management Conference be continued from February 14, 2006, to March 14, 2006, or a date thereafter as is convenient for the Court.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: February 7, 2006    THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:    /s/
    Julia M. Adams
Attorneys for Plaintiffs NICOLE MOSS and DISABILITY RIGHTSENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

DATED: February 7, 2006    PRO PER

By:    /s/
    Juan Vega
Agent for Defendant GEE TEE O L.L.C

**ORDER**

The Further Case Management Conference is continued from February 14, 2006, to 1:30 p.m. in Courtroom 2. A joint status report shall be filed no later than March 14, 2006, ~~or a date thereafter as is convenient for the Court.~~ March 7, 2006.

IT IS SO ORDERED.

DATED: February __9__, 2006

By:_____
Hon. Mag. Judge Howard R. Lloyd
UNITED STATES DISTRICT COURT

A courtesy copy of this document will be mailed to:

Juan Vega
528 Seabright Avenue
Santa Cruz, CA 95062