|  |  |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
|   | JULIA M. ADAMS (State Bar No. 230795) |
| 2 | THOMAS E. FRANKOVICH, |
|   | *A Professional Law Corporation* |
| 3 | 2806 Van Ness Avenue |
|   | San Francisco, CA 94109 |
| 4 | Telephone:   415/674-8600 |
|   | Facsimile:    415/674-9900 |

*ORDER E-FILED ON 8/21/06*

Attorneys for Plaintiffs
NICOLE MOSS
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE MOSS, an individual; and                )   **CASE NO. C05-0738 HRL**
DISABILITY RIGHTS, ENFORCEMENT, )
EDUCATION SERVICES: HELPING YOU )   **STIPULATION AND [PROPOSED]**
HELP OTHERS, a California public benefit  )   **ORDER EXTENDING TIME FOR**
corporation,                                                     )   **DEFENDANTS JAMES HONG KIM AND**
                                                                       )   **NANCY OK KIM TO RESPOND TO**
            Plaintiffs,                                           )   **COMPLAINT**
                                                                       )
v.                                                                    )
                                                                       )
TAQUERIA CANCUN; GEE TEE O          )
L.L.C., a limited liability company, JAMES )
HONG KIM, NANCY OK KIM,                 )
                                                                       )
            Defendants.                                        )
_____)

      Plaintiffs NICOLE MOSS; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendants JAMES HONG KIM and NANCY OK KIM, through their undersigned counsel, stipulate as follows:

      1.     Defendants JAMES HONG KIM and NANCY OK KIM, are granted an extension of time to and including August 31, 2006, to answer or otherwise respond to plaintiffs' complaint.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
JAMES HONG KIM AND NANCY OK KIM TO RESPOND TO COMPLAINT      CASE NO. C05-0738 HRL

2. In the event defendants JAMES HONG KIM and NANCY OK KIM, file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

3. Defendants further stipulate that they will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendant's responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: August 15, 2006          THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*

                                By: _____/s/_____
                                       Julia M. Adams
                                Attorneys for Plaintiffs NICOLE MOSS; and
                                DISABILITY RIGHTS ENFORCEMENT,
                                EDUCATION SERVICES: HELPING YOU HELP
                                OTHERS

DATED: August 15, 2006          NEWMAN, MARCUS & CLARENBACH, LLP

                                By: _____/s/_____
                                       Edward W. Newman
                                Attorney for Defendants JAMES HONG KIM and
                                NANCY OK KIM

**O R D E R**

IT IS SO ORDERED that defendants JAMES HONG KIM and NANCY OK KIM have until August 31, 2006, to answer or respond to plaintiffs' complaint. All other dates set by this court's July 21, 2006 case management order remain unchanged.

DATED: August __21__, 2006      _____
                                Hon. Howard R. Lloyd
                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
JAMES HONG KIM AND NANCY OK KIM TO RESPOND TO COMPLAINT         CASE NO. C05-0738 HRL    2