1 THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
2 THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 2806 Van Ness Avenue
San Francisco, CA 94109
4 Telephone:     415/674-8600
Facsimile:      415/674-9900

**\*ORDER E-FILED:  5/1/2007\***

Attorneys for Plaintiffs
6 NICOLE MOSS
and DISABILITY RIGHTS,
7 ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
8 HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and ) <br> DISABILITY RIGHTS, ENFORCEMENT, ) <br> EDUCATION SERVICES: HELPING YOU ) <br> HELP OTHERS, a California public benefit ) <br> corporation, ) <br>   ) <br>     Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> TAQUERIA CANCUN; GEE TEE O ) <br> L.L.C., a limited liability company, JAMES ) <br> HONG KIM, NANCY OK KIM, ) <br>   ) <br>     Defendants. ) <br> _____ ) | **CASE NO. C05-0738 HRL** <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT GEE TEE O, L.L.C. TO RESPOND TO COMPLAINT** |

Plaintiffs NICOLE MOSS; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendant GEE TEE O L.L.C., through its undersigned counsel, stipulate as follows:

1.   Defendant GEE TEE O L.L.C., is granted an extension of time to and including May 15, 2007, to answer or otherwise respond to plaintiffs' complaint.

2.   In the event defendant GEE TEE O L.L.C., files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

1  3. Defendant further stipulates that it will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendant's responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: April 24, 2007  THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
  Julia M. Adams
Attorneys for Plaintiffs NICOLE MOSS; and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: April 24, 2007  FITZPATRICK, SPINI & SWANSTON

By:_____/s/_____
  Anna DiBenedetto
Attorneys for Defendant GEE TEE O L.L.C.

**O R D E R**

IT IS SO ORDERED that defendant GEE TEE O L.L.C., has until May 15, 2007, to answer or respond to plaintiffs' complaint.

DATED: ~~April~~ May __1__, 2007  _____
    Hon. Howard R. Lloyd
    United States Magistrate Judge