| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)<br>JENNIFER L. STENEBERG (State Bar No. 202985) |
| 2 | THOMAS E. FRANKOVICH,<br>*A Professional Law Corporation* |
| 3 | 2806 Van Ness Avenue<br>San Francisco, CA 94109 |
| 4 | Telephone:   415/674-8600    **\*E-FILED 9.18.2007\***<br>Facsimile:    415/674-9900 |

Attorneys for Plaintiffs
NICOLE MOSS
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and<br>DISABILITY RIGHTS, ENFORCEMENT,<br>EDUCATION SERVICES: HELPING YOU<br>HELP OTHERS, a California public benefit<br>corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>TAQUERIA CANCUN; GEE TEE O<br>L.L.C., a limited liability company, JAMES<br>HONG KIM, NANCY OK KIM,<br><br>         Defendants. | **CASE NO. C05-0738 HRL**<br><br>[PROPOSED] **ORDER SETTING CASE**<br>**MANAGEMENT CONFERENCE** |

   On plaintiffs' motion for administrative relief, the Court hereby sets this matter for a case management conference on _____ **October 16**, 2007, at _____ **1:30** _____ a.m./p.m. The parties shall file a Joint Case Management Statement no later than seven days prior to the Conference.

Dated: _____**September 18**_____, 2007

_____
Hon. Howard R. Lloyd
UNITED STATES DISTRICT JUDGE
                              MAGISTRATE

[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE                                              1