***E-FILED: 10.03.2007*** 

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLE MOSS and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS,<br><br>Plaintiffs,<br><br>v.<br><br>TAQUERIA CANCUN; GEE TEE O L.L.C., JAMES HONG KIM, NANCY OK KIM,<br><br>Defendants. | No. C05-00738 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that the parties have reached a full settlement in the above-captioned matter. Accordingly, all matters currently on calendar have been vacated.

**On or before November 16, 2007**, dismissal papers shall be filed with the court. If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **December 4, 2007, 10:00 a.m.** and show cause, if any, why the case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause **no later than November 27, 2007**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

United States District Court

For the Northern District of California

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

Dated:   October 3, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:05-cv-738 Notice electronically mailed to:**

Julia Marie Adams jadams@disabilitieslaw.com

Jessica Dayton jdayton@disabilitieslaw.com

Thomas E. Frankovich tfrankovich@disabilitieslaw.com

Edward William Newman edward@nmcllp.com, donna@nmcllp.com

David Scott Spini dspini@got.net

Kristina M. Wertz kwertz@disabilitieslaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.