1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900          **\*ORDER E-FILED 12/4/2007\***

5  Attorneys for Plaintiffs
   NICOLE MOSS
6  and DISABILITY RIGHTS,
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

   NICOLE MOSS, an individual; and            )   **CASE NO. C05-0738 HRL**
   DISABILITY RIGHTS, ENFORCEMENT,            )
   EDUCATION SERVICES: HELPING YOU            )   **STIPULATION AND [PROPOSED]**
   HELP OTHERS, a California public benefit   )   **ORDER CONTINUING THE ORDER TO**
   corporation,                               )   **SHOW CAUSE RE SETTLEMENT**
                                              )
           Plaintiffs,                        )
                                              )
   v.                                         )
                                              )
   TAQUERIA CANCUN; GEE TEE O                 )
   L.L.C., a limited liability company, JAMES )
   HONG KIM, NANCY OK KIM,                    )
                                              )
           Defendants.                        )
   _____    )

        The parties, by and through their respective counsel, stipulate to continue the Order to

   Show Cause Re Settlement to December 18, 2007, or to a date more convenient to the Court

   due to a plaintiffs' counsels' scheduling conflict.

   ///

   ///

   ///

   ///

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE ORDER TO SHOW CAUSE RE SETTLEMENT**                    1

IT IS SO STIPULATED.

Dated: December 3, 2007                 THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*


                                        By: /s/
                                        Thomas E. Frankovich
                                        Attorneys for Plaintiffs NICOLE MOSS and
                                        DISABILITY RIGHTS ENFORCEMENT,
                                        EDUCATION SERVICES

Dated: December 3, 2007                 NEWMAN, MARCUS & CLARENBACH, LLP


                                        By: /s/
                                        Edward W. Newman
                                        Attorney for Defendants JAMES HONG KIM and
                                        NANCY OK KIM

Dated: November 30, 2007                FITZPATRICK, SPINI & SWANSTON


                                        By: /s/
                                        David S. Spini
                                        Attorneys for Defendant GEE TEE O L.L.C.

### **ORDER**

IT IS SO ORDERED that the Order to Show Cause Re Settlement set for December 4, 2007, is continued to  January 8 , 2008, at 10:00 a.m. .

DATED: December 4, 2007

                                        By: [signature]
                                        Hon. Mag. Judge Howard R. Lloyd
                                        UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER CONTINUING THE ORDER TO SHOW CAUSE RE SETTLEMENT          2