NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS,<br><br>Plaintiffs,<br><br>v.<br><br>TAQUERIA CANCUN, GEE TEE O L.L.C., JAMES HONG KIM and NANCY OK KIM,<br><br>Defendants. | No. C05-00738 HRL<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR** |

A show cause hearing re settlement was held in this matter on January 8, 2008. Counsel for plaintiffs was present. David Spini, counsel for defendant Gee Tee O LLC, failed to appear. Accordingly,

IT IS ORDERED THAT Mr. Spini appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **January 29, 2008 at 1:30 p.m.** and show cause, if any, why he should not be sanctioned for his failure to appear.

Dated: January 8, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-738 Notice will be electronically mailed to:**

Julia Marie Adams jadams@disabilitieslaw.com

Jessica Dayton jdayton@disabilitieslaw.com

Thomas E. Frankovich tfrankovich@disabilitieslaw.com

Edward William Newman edward@nmcllp.com, donna@nmcllp.com

David Scott Spini dspini@got.net

Kristina M. Wertz kwertz@disabilitieslaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.