NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS,<br><br>Plaintiffs,<br><br>v.<br><br>TAQUERIA CANCUN, GEE TEE O L.L.C., JAMES HONG KIM and NANCY OK KIM,<br><br>Defendants. | No. C05-00738 HRL<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR** |

A show cause hearing was held in this matter on January 8, 2008. Counsel for plaintiffs was present. Edward Newman, counsel for defendants James and Nancy Kim, failed to appear. Accordingly,

IT IS ORDERED THAT Mr. Newman appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **January 29, 2008 at 1:30 p.m.** and show cause, if any, why he should not be sanctioned for his failure to appear.

Dated: January 8, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **5:05-cv-738 Notice will be electronically mailed to:**
2 | Julia Marie Adams jadams@disabilitieslaw.com
3 | Jessica Dayton jdayton@disabilitieslaw.com
4 | Thomas E. Frankovich tfrankovich@disabilitieslaw.com
5 | Edward William Newman edward@nmcllp.com, donna@nmcllp.com
6 | David Scott Spini dspini@got.net
7 | Kristina M. Wertz kwertz@disabilitieslaw.com
8 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.