THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

**\*E-FILED 1/29/2008\***

Attorneys for Plaintiffs
NICOLE MOSS
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE MOSS, an individual; and
DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU
HELP OTHERS, a California public benefit
corporation,

    Plaintiffs,

v.

TAQUERIA CANCUN; GEE TEE O
L.L.C., a limited liability company, JAMES
HONG KIM, NANCY OK KIM,

    Defendants.

**CASE NO. C05-0738 HRL**

**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER**

Plaintiffs NICOLE MOSS, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit

///
///
///
///

**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER**

1

corporation, through their undersigned counsel, hereby submit this request for telephonic appearance at the Case Management Conference set for January 29, 2008, at 1:30 p.m.

Dated: January 28, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: \_\_\_\_/s/_____
Thomas E. Frankovich
Attorneys for Plaintiffs NICOLE MOSS and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

ORDER

IT IS SO ORDERED.

DATED: _____January 29 , 2008

By:_____
Hon. Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE