```
 1  THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
 2  *A Professional Law Corporation*
    2806 Van Ness Avenue
 3  San Francisco, CA 94109
    Telephone:   415/674-8600
 4  Facsimile:   415/674-9900          *ORDER E-FILED 2/27/2008*

 5  Attorneys for Plaintiffs
    NICOLE MOSS
 6  and DISABILITY RIGHTS,
    ENFORCEMENT, EDUCATION,
 7  SERVICES: HELPING YOU
    HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>TAQUERIA CANCUN; GEE TEE O L.L.C., a limited liability company, JAMES HONG KIM, NANCY OK KIM,<br><br>  Defendants. | **CASE NO. C05-0738 HRL**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1 | Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 | their designated counsel that the above-captioned action be and hereby is dismissed with
3 | prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4 | This stipulation may be executed in counterparts, all of which together shall constitute
5 | one original document.

Dated: February 26, 2008          THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*


                                  By: _____/s/_____
                                        Thomas E. Frankovich
                                  Attorneys for Plaintiffs NICOLE MOSS and
                                  DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION SERVICES

Dated: February 17, 2008          NEWMAN, MARCUS & CLARENBACH, LLP


                                  By:_____/s/_____
                                        Edward W. Newman
                                  Attorney for Defendants JAMES HONG KIM and
                                  NANCY OK KIM

Dated: February 13, 2008          FITZPATRICK, SPINI & SWANSTON


                                  By:_____/s/_____
                                        David S. Spini
                                  Attorneys for Defendant GEE TEE O L.L.C.

///
///
///
///
///
///
///
///

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

DATED: ____February 27___, 2008

_____
Hon. Howard R. Lloyd, Magistrate Judge
UNITED STATES DISTRICT COURT